**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-6237**

MICHAEL ANTHONY DAMMONS,

              Plaintiff - Appellant,

        v.

THOMAS R. CARROLL; GARY A. JONES; JOSEPH M. LIGHTSEY; JUANITA
STEWART; JUDY BISHOP; JUDY STRICKLAND,

              Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Terrence W. Boyle,
District Judge.  (5:07-ct-03014-BO)

Submitted:  July 31, 2008          Decided:  August 7, 2008

Before NIEMEYER, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael Anthony Dammons, Appellant Pro Se.  Lisa Yvette Harper,
Assistant Attorney General, Raleigh, North Carolina; Elizabeth
Pharr McCullough, YOUNG, MOORE & HENDERSON, PA, Raleigh, North
Carolina; Thomas Carlton Younger, III, YATES, MCLAMB & WEYHER,
Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Anthony Dammons appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Dammons' motion for appointment of counsel and affirm for the reasons stated by the district court. <u>Dammons v. Carroll</u>, No. 5:07-ct-03014-BO (E.D.N.C. Jan. 8, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>